| | |
|---|---|
| LINWOOD CUTCHINS,<br><br>                                Plaintiff<br><br>vs.<br><br><br>HOME DEPOT CORPORATION,<br><br><br><br>                                Defendant | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil No. 3:23-CV-00353-MAS-RLS<br><br><br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br> |

**TO:** HOME DEPOT CORPORATION, ATTORNEY, COUNSEL:

**PLEASE TAKE NOTICE** that on 9th June 2023 at 9:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff LINWOOD CUTCHINS, shall move before the United States District Court, District of New Jersey, for the entry of an Order pursuant to N.J. R. 4:43-2 seeking Default Judgment against Defendant HOME DEPOT CORPORATION.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiff will rely on Legal Brief, an affidavit or certification of proof, a process order, and a proof of service which are being filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 1:6-2(d), Plaintiff respectfully hereby waives oral argument unless timely opposition is filed and served, in which case Plaintiff respectfully waives oral argument and consents to the disposition of the motion on the papers.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Rule 1:6-2(a), a proposed form of order is submitted herewith.

Dated: June 09, 2023

Respectfully submitted,

By: LINWOOD CUTCHINS
Telephone [609] 353-3911
E-Mail [ ]
carlcutch@yahoo.com