UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LINWOOD CUTCHINS,

        Plaintiff,

v.

HOME DEPOT CORPORATION,

        Defendant.

Civil Action No. 23-353 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon Plaintiff Linwood Cutchins's ("Cutchins") Motion for Expedited/Early Hearing and Request for Injunctive Relief (the "Motion for Hearing") (ECF No. 32) and Defendant The Home Depot, Inc.'s ("Home Depot") Motion to Dismiss (the "Motion to Dismiss") (ECF No. 33) Cutchins's Complaint (the "Complaint") (ECF No. 1) (collectively, the "Motions"). Cutchins opposed the Motion to Dismiss (ECF No. 34), and Home Depot replied (ECF No. 35). The Court has carefully considered the parties' submissions and reaches its decision without oral argument under Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

IT IS, on this 16th day of October 2025, **ORDERED** as follows:

1. Cutchins's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

2. Cutchins's Motion for Hearing (ECF No. 32) is **DENIED** as moot.

3. Home Depot's Motion to Dismiss (ECF No. 33) is **DENIED** as moot.

4. The Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Cutchins by regular mail and shall **CLOSE** the case.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**